UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY JERMAINE AKINS,

    Petitioner,

v.                                     CASE NO. 3:14-CV-1378-J-20JRK

SECRETARY, DEPARTMENT
OF CORRECTIONS, ET AL.,

    Respondents.
_____/

## MOTION FOR EXTENSION OF TIME

    COMES NOW the respondents, Secretary, Department of Corrections, et al., by and through the undersigned counsel, pursuant to rule 3.01, Rules of the United States District Court of the Middle District of Florida, and request an additional thirty days (30) days within which to comply with this court's December 1, 2016, order (Doc. #24), and as grounds therefor state:

    1.    On December 1, 2016, this court granted Akins' motion to compel and directed respondents to have Akins' arraignment hearing transcribed.

    2.    The undersigned has been in contact with the court reporter's office regarding the transcription of the arraignment hearing from July of 2000. The undersigned is awaiting a determination of the hearing is still available to be transcribed given the passage of time. Due to the aforementioned, additional time is necessary in order for respondents to comply with this court's December 1, 2016, order.

    3.    The undersigned has not contacted Akins regarding this motion, as he is *pro se*.

    4.    This motion is made in good faith and not for the purpose of delay.

WHEREFORE, based upon the above, respondents request an additional thirty (30) days within which to comply with this court's December 1, 2016, order.

    Respectfully submitted,

    PAMELA JO BONDI
    ATTORNEY GENERAL


    s/ Bonnie Jean Parrish
    BONNIE JEAN PARRISH
    ASSISTANT ATTORNEY GENERAL
    Fla. Bar #768870
    444 Seabreeze Boulevard
    5th Floor
    Daytona Beach, FL  32118
    (386) 238-4990
    Fax(386)238-4997
    bonnie.parrish@myfloridalegal.com
    crimappdab@myfloridalegal.com

    COUNSEL FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2016, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court by using the CM/ECF system. I further certify that on that same date I mailed a copy of the foregoing document and notice of electronic filing by first-class mail to Anthony Jermaine Akins, #B-X03475, F3-113up, Gulf Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465.

    s/ Bonnie Jean Parrish
    Bonnie Jean Parrish
    Of Counsel